IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

*CRIMINAL MINUTES:  INITIAL APPEARANCE and ARRAIGNMENT*

USA v  JOSEPH WESLEY HARRISON

Case No 2:19-CR-96    Date July 31, 2019    Time  3:25-3:34  p.m.

**Hon. CLIFTON L. CORKER, District Judge, Presiding**

| KIM OTTINGER | DCR | T. MCCAULEY/E. SWECKER |
|---|---|---|
| Deputy Clerk | Tape No/Court Reporter | Asst. U. S. Attorney |

| DEFENDANT | ATTORNEY |
|---|---|
| JOSEPH WESLEY HARRISON    (10) | DAN SMITH |

**PROCEEDINGS:**

Defendant sworn

Defendant found competent

Defendant advised of charges, penalties, and rights
(Copy of indictment provided to defendant or counsel by clerk)

Financial affidavit executed with Counsel present and appointed

Plea of not guilty to all charges

Oral motion by USA for detention

Defendant present in federal court pursuant to a writ from state custody

Detention Hearing waived at present time

Defendant remanded to custody of U.S. Marshal.

Orders to enter

I, **Kim Ottinger**, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file. Grn-DCR_2-19-CR-96-10_20190731_144001