UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

UNITED STATES OF AMERICA,           )
                                    )
                                    )        2:19-CR-96
            Plaintiff,              )
                                    )
    vs.                             )
                                    )
JOSEPH WESLEY HARRISON,             )
                                    )
            Defendant.              )

## ORDER OF DETENTION

At Defendant's initial appearance on ___July 31___, 2019, Defendant

and counsel conferred, after which Defendant's counsel announced that Defendant wished

to waive a detention hearing without prejudice to requesting one subsequently.

If Defendant later files a motion requesting a detention hearing, such a hearing will

be scheduled promptly.

SO ORDERED:

_____
United States District Judge