# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

### CRIMINAL MINUTES: *DETENTION HEARING*

USA vs **Joseph Wesley Harrison**  Date: June 3, 2020

Case No. **2:19-CR-96(10)**  Time 2:00 to 2:35

Honorable **CYNTHIA RICHARDSON WYRICK**, U.S. Magistrate Judge, Presiding

| Jason C. Keeton | DCR | Thomas McCauley |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

| DEFENDANT | DEFENSE ATTORNEY |
|---|---|
| Joseph Wesley Harrison via Video Conf. | D. R. Smith via Video Conf. |

**PROCEEDINGS:**

- [✓] Opening statements by the Court
- [ ] Advised those participating by phone or video that they are not permitted to record or rebroadcast
- [✓] Opening statements by counsel for [✓] defendant; [✓] government
- [ ] Agreement by government counsel to conditions of release
- [✓] Witness(es) sworn [ ] placed under rule  Witness Joseph Harrison SR. Sworn
- [✓] Oral argument by [✓] government [✓] defendant
- [✓] Proof offered by [✓] government; [✓] defendant
- [✓] Closing statements by [✓] defendant; [✓] government
- [✓] Findings from the bench
- [ ] Defendant to be detained
- [ ] Defendant remanded to custody of U.S. Marshal
- [✓] Bond and conditions of pretrial release set
- [✓] Defendant advised of penalties for violations of pretrial release
- [✓] Defendant remanded to custody for out-processing/pending completion of conditions
- [✓] Order to enter

I, Jason C. Keeton, Deputy Clerk, **CERTIFY** the official record of this proceeding is an audio file: dcr_2-19-CR-96_20200603_135741

Case 2:19-cr-00096-JRG-CRW   Document 313   Filed 06/03/20   Page 1 of 1   PageID #: 572